# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1690
LT Case No. 2020-CF-360-A

_____

CARTEL DEMARCUS GRANISON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Marion County.
Timothy McCourt, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy, Assistant Public Defender, Daytona Beach, for Appellant.

John M. Guard, Acting Attorney General, Tallahassee, and Richard Alexander Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 31, 2025

PER CURIAM.

    In this *Anders*[1] appeal, after careful review of the record, we affirm Appellant's convictions and sentences on all counts and in

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

all respects, except as to the $50.00 cost of prosecution for the misdemeanor count imposed in the written judgment.

The trial court imposed the minimum per case cost of prosecution in the amount of $50.00 for the misdemeanor count and $100.00 for the felony counts. *See* § 938.27(8), Fla. Stat. (2024). Section 938.27(8) states that the minimum cost is set per case based on whether a misdemeanor or a felony has been charged. Notably, the minimum costs are "per case," not per charge. The State did not request the cost of prosecution, and the trial court did not pronounce this cost.

Accordingly, Appellant's judgment and sentence are affirmed, and the assessment of $100.00 as the cost of prosecution because there was a felony charge in the case is affirmed. The additional assessment of $50.00 as the cost of prosecution for the misdemeanor count is reversed, and the matter is remanded for entry of an amended judgment.

AFFIRMED, in part; REVERSED, in part; and REMANDED for entry of an amended judgment.

EDWARDS, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____